(*Superior Court of Cook County.*)

### Anonymous.

(January Term, 1878.)

1. GARNISHMENT—TIME OF TRIAL OF GARNISHMENT ISSUE.
2. SAME.  Method of trying right to credits garnisheed.

Mr. MOSES: This is a garnishee proceeding upon a judg--
ment.  I have served notice that I would move to strike the
plea from the files.

GARY, J.: The regular mode is for the garnishee to set up
that the claim belongs to somebody else than the nominal
plaintiff.  If it appear that any credits in the hands of the
garnishee are claimed by any other person by virtue of an
assignment the court will permit such claimant to appear and
maintain his right.

Mr. MOSES: In this case I would like to have the issue tried
immediately under the statute.

GARY, J.: The statute says I shall do it *immediately* (Rev.
Stat. 1874, 551, sec. 7), which I understand to mean as soon
as I can.  That is the best I can do.  I can't undertake to
make a special providence of myself.  The legislature can't
confer upon me power to do more than I do.  The legislature
meant that I should try the case as soon as I could.  I won't
pick out one class of litigated business to try it in preference
to another class of litigated business.  If you will try it with-
out a jury then I will give you a hearing.